UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
10-cr-1012 (CBA)

-against-

SOU HAN WONG,

Defendant.
------------------------------------------------------------X

**AMON, Chief United States District Judge.**

The Court is in receipt of a letter dated September 26, 2011 from Sara M. Revell, Warden of the Federal Correctional Complex in Butner, NC, concerning a competency restoration study performed on Defendant Sou Han Wong. The forensic evaluation appended to this letter finds that Mr. Wong remains incompetent to stand trial and proposes that this Court consider an involuntary treatment plan for restoring Mr. Wong's competency. Counsel for both the United States and Mr. Wong are ordered to brief the Court on their respective positions on this finding and proposal no later than October 17, 2011.

SO ORDERED.

Dated: Brooklyn, N.Y.
October 4, 2011

s/CBA

Carol Bagley Amon
Chief United States District Judge

1